# UNITED STATES DISTRICT COURT
### for the
<​__Eastern__​> DISTRICT OF <​__Texas__​>

| | |
|---|---|
| Chasidah Fried        Plaintiff ) | |
| ) | |
| v. ) | |
| Texas Department Of Criminal Justice ) | |
| Corporation etal., ) | Case No. 6:16-CV-1092 |
| Defendant(s) ) | **FILED** |
| ) | |
| ) | MAY 0 8 2017 |
| ) | Clerk, U.S. District Court |
| | Texas Eastern |

## NOTICE OF APPEAL

Notice is hereby given that Chasidah Fried versus [TDCJ Corporation et al.,in the above named case Chasidah Fried hereby appeal to the United States Court of Appeals for the <​__Fifth__​> Circuit from the final judgment and order of Dismissal With Prejudice entered in this action on 09/06/2016

Date ~~09/13/2016~~
05/08/2017

ChasidahFried _Chasidah B. Fried_

Attorney for Pro Se until Motion for appointment of Counsel is adjudicated)
Post Office Box 126
Tennessee Colony Texas 75861

1-903-5083637

Chasidah Fried
Pro Se
Post Office Box 126
Tennessee Colony TX 75861

U.S. District Court

Plaintiff name(s),  ) Case No.: 6:16-cv-1092 RWS-KNM
) 
) Appeal Rationale
Chasidah B.D Fried )
)
vs. )
)
Defendant name(s), )
)
T.D.C.J et al., )

**FILED**
MAY 08 2017
Clerk, U.S. District Court
Texas Eastern

I Chasidah B.D Fried am requesting this appeal based on

The contention that I have *NOT* received due process in as much as I was denied Legal

counsel and held to the standard of a lawyer and not provided with the opportunity

to mediate despite the fact that the Prima Facia evidence submitted supported my

complaint and that is was mentioned at the hearing of February 1st 2017.

684 Hagar v. Reclamation Dist., 111 U.S. 701, 708 (1884). "Due process of law is

[process which], following the forms of law, is appropriate to the case and just to

the parties affected. It must be pursued in the ordinary mode prescribed by law; it

must be adapted to the end to be attained; and whenever necessary to the protection of

the parties, it must give them an opportunity to be heard respecting the justice of

the judgment sought. Any legal proceeding enforced by public authority, whether

sanctioned by age or custom or newly devised in the discretion of the legislative

power, which regards and preserves these principles of liberty and justice, must be

held to be due process of law." Id. at 708; Accord, Hurtado v. California, 110 U.S.

516, 537 (1884).

[Pleading title summary] - 1

1. The Retaliation Theory

My Eight Grievances were ignored, the "Investigations "of false allegations against me affect me to date as they are in the State Record. It is clear in my complaint(s) and affidavits that I was constructively terminated.

The elements of a claim under a retaliation theory are the plaintiff's invocation of "a specific constitutional right," the defendant's intent to retaliate against the plaintiff for his or her exercise of that right, a retaliatory adverse act, and causation, i.e., "but for the retaliatory motive they complained of incident . would not have occurred." Woods v. Smith, 60 F.3d 1161, 1166 (5th Cir.1995)

Citation of the litany of case law supporting TDCJ's losses in Jury Trials for constructive termination, retaliation, and would create an undue burden on the court But can be included in a later brief if necessary.

Dated this 5th day of May 2017
Chasidah Fried
Pro Se
Post Office Box 126
Tennessee Colony TX 75861

Firm's name and addresss
Names of attorney(s)